IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADAM JIBREEL,

        Plaintiff,

  v.

UNITED NATIONS, et al.,

        Defendants.

No. C 12-05221 SI

**JUDGMENT**

This action is dismissed for failure to state a claim. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: November 19, 2012

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE